THE STATE OF OHIO, APPELLEE, *v.* WRIGHT, APPELLANT.

(Nos. 2015–1341 and 2015–1342—Submitted
April 20, 2016—Decided July 11, 2016.)

Charles E. Coulson, Lake County Prosecuting Attorney, and Alana A. Rezaee, Assistant Prosecuting Attorney, for appellee.

Timothy Young, Ohio Public Defender, and Stephen A. Goldmeier, Assistant Public Defender, for appellant.

THE STATE OF OHIO, APPELLEE, *v.* SPRAGUE, APPELLANT.

(No. 2015–1679—Submitted April 20, 2016—Decided July 11, 2016.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Klembus,* 146 Ohio St.3d 84, 2016-Ohio-1092, 51 N.E.3d 641.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.